## JOSEPH DALLAS v. WILLIAM L. NEWELL.

Submitted February 20, 1900—Decided June 11, 1900.

When a party seeks to reverse a judgment rendered in the Court of Common Pleas upon an appeal from the Court of Small Causes, he must make it appear by the return or by other competent proof that such judgment was erroneous in matter of law.

On *certiorari* to the Cumberland Common Pleas.

Before Justices GARRISON and LIPPINCOTT.

For the prosecutor, *John W. Wescott.*

For the defendant, *William A. Logue.*

PER CURIAM.

The judgment of the Common Pleas must be set aside and a correct judgment entered, reversing the judgment of the Court for the Trial of Small Causes, and eliminating "costs of docketing," and costs upon appeal where the appellant, the defendant below, was partly successful.

These are admitted errors.

It is also said that there is error in the judgment rendered by the Court of Common Pleas upon the merits. There is nothing before us to show this. All intendments are in favor of the record. *Demster* v. *Frech,* 22 *Vroom* 501.

The opinion in that case is in all respects applicable to the present one and controls it.

The judgment of the Pleas will be reversed and judgment for the plaintiff below given for $169.10, unless the prosecutor, by motion made within twenty days, shall obtain a rule upon the court below that shall complete the record in this court.